UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **J. CORY CORDOVA** | **CASE NO. 6:19-CV-01027** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCE CENTER ET AL.** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 125] of the Magistrate Judge, recommending that plaintiff's Motion to Remand [doc. 90] and Amended Motion to Remand [doc. 109] be granted. The court has conducted an independent review of the record, as well as the objections and responses filed by the parties, and finds that the Report and Recommendation is correct under applicable law. The undersigned agrees that, in light of the resolution of the claims arising under federal law, the court should decline to exercise supplemental jurisdiction over the remaining claims arising under state law between plaintiff and defendants the Gachassin Law Firm and Christopher C. Johnston. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 125] be **ADOPTED** and that the Motion to Remand and Amended Motion to Remand [docs. 90, 109] be **GRANTED**, resulting in the remand of plaintiff's claims against the Gachassin Law Firm and Christopher C. Johnson to the 15th Judicial District Court, Lafayette Parish, Louisiana. As noted in the Report and Recommendation, the remaining claims in this matter have been

2

resolved through prior dispositive motions and the court hereby **GRANTS** the Motion for Entry of Judgment under Rule 54(b) [doc. 83] as to its rulings on those claims.

    **THUS DONE AND SIGNED** in Chambers on this 23rd day of March, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE