UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **J. CORY CORDOVA** | **CASE NO. 6:19-CV-01027** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LOUISIANA STATE UNIVERSITY AGRICULTURAL & MECHANICAL COLLEGE BOARD OF SUPERVISORS, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion to Dismiss and Objections [doc. 197] be **DENIED**. Cordova and counsel are **ORDERED** to appear at the contempt hearing set for January 16, 2024, and to produce the documentation described in the court's preceding order [doc. 195]. Failure to appear will result in the issuance of a bench warrant.

**THUS DONE AND SIGNED** in Chambers on the 12th day of January, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**