UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| J. CORY CORDOVA, M.D. | DOCKET NO.: 6:19-cv-01027 |
| VERSUS | JUDGE JAMES D. CAIN |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCE CENTER, ET AL | MAGISTRATE PATRICK J. HANNA |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Examine Judgment Debtor filed on behalf of defendants, UNIVERSITY HOSPITAL & CLINICS, INC., LAFAYETTE GENERAL MEDICAL CENTER, INC., and LAFAYETTE GENERAL HEALTH SYSTEM, INC.,

IT IS HEREBY ORDERED that Plaintiff, J. CORY CORDOVA, M.D., appear in open court on January 23, 2024 at 2:00 p.m. in Lake Charles, Courtroom 4, for examination as a judgment debtor and produce in open court at the same time:

a.  The title paper, act of sale, or any other paper or any other document showing the ownership or interest in ownership partial or total, of any and all immovable property by the judgment debtor;

b.  The title or any other paper or any other document showing ownership, partial or total, of any movable property, by the judgment debtor;

c.  All mortgages, pledges, security agreements, financing statements and other documents in any way reflecting any security interest, mortgage, pledge, hypothecation or encumbrance of any kind upon any property owned by you, whether individually or jointly with others and in any way evidencing any debt relating thereto, along with the name and address of the mortgagor;

d.  All appraisal reports covering any property you own, either individually or jointly with any other person or persons or the identity, name and address of the person or entity in possession of such appraisal reports;

e.  Each and every checking account ledger and any other books pertaining to accounts in banks, savings associations, brokerage firms or associations of like nature belonging to the judgment debtor;

    f.    The last three (3) statements rendered to the judgment debtor by each and every bank where judgment debtor has or had an account at the time of the service of this motion;

    g.    Copies of income tax returns, both state and federal, of the judgment debtor for the last five years, including all schedules, attachments, W-2s, and 1099s;

    h.    All records of your earnings or income including but not limited to pay stubs, vouchers, or wire transfers for last six (6) months, along with the name, address, and tax identification number of the payor, and any contracts or other documents which determine how your earnings are determined and/or calculated; and

    i.    Copies of all financial statements in your possession, custody or control, prepared by or for you, reflecting your financial condition during the past three (3) years, whether prepared for you individually or jointly with any other person or persons, or for a corporation, firm, or other entity in which you owned an interest, or the identity, name and address of the person or entity in possession of such financial statements.

Order rendered and signed on the 22nd day of January, 2024.

                                      JAMES D. CAIN, JR.
                                      UNITED STATES DISTRICT JUDGE