UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **J CORY CORDOVA** | **CASE NO. 6:19-CV-01027** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCE CENTER ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**ORDER**

Before the undersigned is the MOTION FOR CONTEMPT (Rec. Doc. 222) filed by Defendants University Hospital & Clinics, Inc.; Lafayette General Medical Center, Inc.; and Lafayette General Health System, Inc. The motion references previous sanctions imposed by Judge Cain on Christine M. Mire arising out of her representation of Plaintiff J. Cory Cordova. (Rec. Docs. 175, 219, 220). The instant motion requests that Mire be held in contempt of court based on her failure to comply with Judge Cain's prior orders imposing sanctions.

By Memorandum Order dated October 31, 2024, Judge Cain ordered Mire to respond to the instant motion by November 5, 2024. (Rec. Doc. 230). Judge Cain further noted that if Mire refused to respond, the Court would set the matter for hearing, fine Mire $50.00 per day for her willful failure to comply with court orders, and suspend her from appearing in this Court for a period of 90 days. *Id.* Mire did not file a response.

By electronic order dated November 25, 2024, Judge Cain referred the instant motion to the undersigned. (Rec. Doc. 233). Upon the referral, the undersigned issued the standard Notice of Motion Setting Without Date providing, *inter alia*, a deadline of 21 days to respond. (Rec. Doc. 234). Again, Mire did not file a response. As such,

IT IS ORDERED that Christine M. Mire appear before the undersigned on Thursday, May 8, 2025, at 10:00 a.m. in Courtroom 7 of the John M. Shaw United States Courthouse in Lafayette, Louisiana to SHOW CAUSE why the undersigned should not recommend to Judge Cain that she be held in contempt of court and why further sanctions should not be imposed.

THUS DONE in Chambers on this 3rd day of April, 2025.

_____
David J. Ayo
United States Magistrate Judge