UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

J CORY CORDOVA

VERSUS

LOUISIANA STATE UNIVERSITY HEALTH
SCIENCE CENTER ET AL

CASE NO.  6:19-CV-01027

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT

Before the court is a Report and Recommendation [doc. 239] of the Magistrate Judge, recommending that the Motion for Contempt [doc. 222] filed by Lafayette General Health System Inc., Lafayette General Medical Center Inc., and University Hospital & Clinics Inc. be **GRANTED** but that no further monetary sanctions be imposed on respondent Christine Mire.  The Report and Recommendation [doc. 239] of the Magistrate Judge having been considered, noting the lack of written objections, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the Motion for Contempt [doc. 222] be **GRANTED** and that no **further** monetary sanctions be imposed on Ms. Mire. However, Ms. Mire remains obligated to pay the original monetary sanctions imposed by this court that were the subject of the contempt motion. *See* doc. 220.

**THUS DONE AND SIGNED** in Chambers on the 6th day of April, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE